# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 23, 2010

No. 09-60460
Summary Calendar

Lyle W. Cayce
Clerk

YOHALMO GODOFREDO CARRILLO-RIVERA,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A098 663 690

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

Yohalmo Godofredo Carrillo-Rivera, a native and citizen of El Salvador, has filed a petition for review of an order of the Board of Immigration Appeals (BIA) summarily dismissing his appeal pursuant to 8 C.F.R. § 1003.1(d)(2)(i)(E). Carrillo-Rivera has failed to brief, and has thus abandoned, the central issue whether the BIA erred in summarily dismissing his appeal on this basis. *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003). Accordingly, he has not shown error in the BIA's decision, and his petition for review is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.